## FRENCH v. GERRISH.

A count upon a note for specific articles cannot be admitted as an amendment of a declaration for money had and received, and for the hire of goods.

ASSUMPSIT for money had and received, and upon an account annexed for two charges, for the use of a horse and carriage.

The plaintiff moved to amend the writ by adding a count, "that the defendant, on the 27th of January, 1848, by his note of that date, for value received, promised the plaintiff to pay him or his order, one brass-mounted harness," &c.

BELL, J. By the 14th General Rule, "no new count or amendment of a declaration shall be allowed, without the consent of the defendant, unless it be consistent with the original declaration, and for the same cause of action."

A promissory note is admissible in evidence under the count for money had and received. But a written promise for the delivery of specific articles, or for the payment of money and the delivery of specific articles, is not technically a promissory note. We know of no decision, that such a note is admissible under the money counts. It furnishes a claim not for a certain sum of money, but for unliquidated damages for the non-performance of a special contract.

The amendment desired would introduce a new cause of action, and is therefore inadmissible.

*Judgment for the defendant.*